ACCEPTED
15-24-00061-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 11:01 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00061-CV**

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 11:01:22 AM
CHRISTOPHER A. PRINE
Clerk

**State of Texas,**

*Appellant,*

*v.*

**Harris County, Texas, et al.,**

*Appellees.*

On Appeal from the 165th District Court, Harris County, Texas
Cause No. 2024-22320, Hon. Ursula Hall, Presiding Judge

## Joint Motion to Vacate and Dismiss

Ken Paxton
Brent Webster
Benjamin W. Mendelson
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov
**Office of the**
**Attorney General**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700

*Counsel for Appellant*

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Justin P. Tschoepe
Lily E. Hann
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

*Counsel for Appellees*

To the Honorable Fifteenth Court of Appeals:

Pursuant to Rules of Appellate Procedure 42.1(a)(2)(A) and 43.2(e), Appellant and Appellees (collectively, the "Parties") jointly request that the Court vacate the trial court's order denying the State's motion for a temporary injunction and dismiss the case without prejudice.

On June 12, 2025, the Harris County Commissioners Court voted to terminate and reallocate funds from Harris County's Community Prosperity Program, which is the successor to the Uplift Harris program at issue in this case and which is at issue in related case No. 15-24-00120-CV. That decision is being implemented, pending ministerial work. Both Uplift Harris and the Community Prosperity Program will be closed out and the funds for both programs will be reallocated. As a result, the cases are potentially moot.

In any event, the Parties have agreed to vacatur of the trial court's order denying a temporary injunction and to dismissal of the case without prejudice. The Parties agree that each side shall bear its respective attorney's fees and costs.

The Parties respectfully request that the Court reinstate the appeal and render judgment effectuating the parties' agreement. Tex. R. App. P. 42.1(a)(2)(A), 43.2(e); *see, e.g.*, *Denton Transitional LTCH, L.P. v. Dallas Metro Surgery Ctr., LLC,*

2021 WL 388591, at *1 (Tex. App.—Houston [14th Dist.] 2021, no pet.) (per curiam) (vacating trial court's judgment and dismissing case).

## Conclusion & Prayer

For these reasons, the Parties request that the Court reinstate the appeal, grant this motion, vacate the trial court's order denying a temporary injunction, and dismiss the case without prejudice.

Dated: July 23, 2025

Respectfully submitted,

*/s/ Benjamin W. Mendelson*

Ken Paxton
Brent Webster
Benjamin Mendelson
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov
**Office of the Attorney General**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700

*Attorneys for Appellant*

*/s/ Grant B. Martinez*

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Justin P. Tschoepe
State Bar 24079480
jtschoepe@yettercoleman.com
Lily E. Hann
State Bar No. 24133836
lhann@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

Christian D. Menefee
Harris County Attorney
Tiffany S. Bingham
Managing Counsel
Affirmative & Special Litigation Division
State Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov
Edward D. Swidriski III
Assistant Harris County Attorney
State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
**Office of The Harris County Attorney**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5101

*Attorneys for Appellees*

**Certificate of Service**

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on July 23, 2025, electronically through the electronic filing manager in compliance with the Texas Rules of Appellate Procedure:

Grant B. Martinez
gmartinez@yettercoleman.com
Justin P. Tschoepe
jtschoepe@yettercoleman.com
Lily E. Hann
lhann@yettercoleman.com
**Yetter Coleman LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

Tiffany S. Bingham
Tiffany.Bingham@harriscountytx.gov
Edward D. Swidriski III
Edward.Swidriski@harriscountytx.gov
**Office of The Harris County Attorney**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5101

*Counsel for Appellees*

*/s/ Benjamin W. Mendelson*
Benjamin W. Mendelson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Ben Mendelson
Bar No. 24106297
nancy.villarreal@oag.texas.gov
Envelope ID: 103479261
Filing Code Description: Motion
Filing Description: 20250723 Uplift Harris joint motion to vacate and dismiss_Final
Status as of 7/23/2025 1:26 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 7/23/2025 11:01:22 AM | SENT |
| Lisa Prince | | lprince@yettercoleman.com | 7/23/2025 11:01:22 AM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 7/23/2025 11:01:22 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 7/23/2025 11:01:22 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 7/23/2025 11:01:22 AM | SENT |
| Ryan Cooper | | ryan.cooper@harriscountytx.gov | 7/23/2025 11:01:22 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 7/23/2025 11:01:22 AM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 7/23/2025 11:01:22 AM | SENT |
| Eleanor Matheson | | Eleanor.matheson@harriscountytx.gov | 7/23/2025 11:01:22 AM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 7/23/2025 11:01:22 AM | SENT |
| Jonathan Fombonne | | jonathan.fombonne@harriscountytx.gov | 7/23/2025 11:01:22 AM | SENT |
| Edward Swidriski | | Edward.Swidriski@harriscountytx.go | 7/23/2025 11:01:22 AM | SENT |
| Justin Tschoepe | | justin.tschoepe@yettercoleman.com | 7/23/2025 11:01:22 AM | ERROR |
| Tiffany Bingham | | tiffany.bingham@harriscountytx.gov | 7/23/2025 11:01:22 AM | SENT |

Associated Case Party: Harris County, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Grant Martinez | 24104118 | gmartinez@yettercoleman.com | 7/23/2025 11:01:22 AM | SENT |
| Lily Hann | 24133836 | Lhann@yettercoleman.com | 7/23/2025 11:01:22 AM | SENT |

Associated Case Party: State of Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Ben Mendelson
Bar No. 24106297
nancy.villarreal@oag.texas.gov
Envelope ID: 103479261
Filing Code Description: Motion
Filing Description: 20250723 Uplift Harris joint motion to vacate and dismiss_Final
Status as of 7/23/2025 1:26 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 7/23/2025 11:01:22 AM | SENT |